1  GAYLE I. JENKINS (SBN 168962)
   gjenkins@winston.com
2  **WINSTON & STRAWN LLP**
   333 S. Grand Avenue
3  Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
4  Facsimile: (213) 615-1750

5  NAVDEEP K. PUNIA (SBN 272497)
   npunia@winston.com
6  **WINSTON & STRAWN LLP**
   101 California Street
7  San Francisco, CA 94111-5840
   Telephone: (415) 591-1000
8  Facsimile: (415) 591-1400

9  Attorneys for Defendants AGA SERVICE COMPANY
   and JEFFERSON INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAZILAT KAZEMINEZHAD, an individual and BRETT W. LASHLEE, an individual, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AGA SERVICE COMPANY, a Virginia corporation (a/k/a ALLIANZ GLOBAL ASSISTANCE USA) and JEFFERSON INSURANCE COMPANY, a New York Corporation,<br><br>Defendants. | **Case No.** 3:15-cv-05087-JD<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE TO NOVEMEBER 17, 2016 AND [PROPOSED] ORDER**<br><br>Date: September 8, 2016<br>Time: 9:30 a.m.<br>Ctrm: Courtroom E, 15th Floor<br>Judge: Honorable Elizabeth D. Laporte<br><br>Complaint Filed: November 5, 2015 |

1  WHEREAS, on June 3, 2016, the Court entered a Settlement Conference Order (the "Order") scheduling a Settlement Conference in the above captioned matter for July 22, 2016;

WHEREAS, counsel for Plaintiffs Fazilat Kazeminezhad, et al., and counsel for Defendants AGA Service Company, et al., (Plaintiffs and Defendants, together, referenced herein as the "Parties") thereafter held an initial meet and confer to discuss the status of the case and the potential for settlement of this putative multi-state class action;

WHEREAS, the Parties agreed that the Settlement Conference would be more productive at a later date, that a continuance would allow the Parties adequate time to fully explore all aspects of the claims necessary to be considered by them to potentially reach agreement regarding some or all of claims in advance of the Settlement Conference, and therefore sought (Doc. 42 & 43) and were granted on June 20, 2016 a Continuance of the Settlement Conference to September 8, 2016;

WHEREAS, between the date of that Continuance and the present, counsel for Plaintiff and Defendants have been in constant contact and diligently working on developing targeted discovery requests and methods for Defendants to respond to those requests because the information sought is not maintained in the normal course of Defendants' business, thereby requiring specialized data queries that had to be developed, vetted for accuracies and then further refined by Defendants before production of such data to Plaintiffs;

WHEREAS, a significant portion of the responsive data has just been able to be furnished to Plaintiffs in a series of data productions beginning August 15, 2016 notwithstanding Defendants' good faith diligence in doing all of the above and the Parties' ongoing discussions to expedite the exchange process without compromising the accuracy of the queried data sets;

WHEREAS, there still remains additional data to be be culled, analyzed and furnished by Defendants in response to Plaintiffs' discovery requests in order to allow both sides to fully evaluate potential approaches to settlement, which has been an on-going process between counsel for the Parties;

WHEREAS, subject to the Court's approval, the Parties agree on a continuance of the Settlement Conference from September 8, 2016 to November 17, 2016 to allow for these additional data points to be compiled and analyzed in combination with the current data results and then for the

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111*

1  Parties' to exchange their settlement proposals and discuss their respective settlement models prior
2  to the Settlement Conference;
3      WHEREAS, there are no deadlines currently set in the underlying case so as to allow the
4  Parties to fully exhaust the prospect of settlement;
5      NOW, THEREFORE, the Parties hereby jointly and mutually stipulate and agree as follows:
6      The Settlement Conference is continued from September 8, 2016 to **November 17, 2016 at**
7  **9:30 a.m.**, or as soon thereafter as the Court's schedule will allow.
8      IT IS SO STIPULATED.

Dated:  August 17, 2016

**WINSTON & STRAWN LLP**

By:  */s/ Gayle I. Jenkins*
    Gayle I. Jenkins
    Navdeep K. Punia
    *Attorneys for Defendants AGA Service*
    *Company and Jefferson Insurance Company*

Dated:  August 17, 2016

**BERGER & MONTAGUE, P.C.**

By:  */s/ Peter R. Kahana*
    Peter R. Kahana (*pro hac vice*)
    Lane L. Vines (*pro hac vice*)
    Y. Michael Twersky (*pro hac vice*)

**EVANS LAW FIRM, INC.**
    Ingrid Evans (SBN 179094)
    Michael A. Levy (SBN 269066)
    Attorneys for Plaintiffs and the Proposed
    Class and Subclasses

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

ATTESTATION OF CONCURRENCE IN FILING

In accordance with Local Rule 5-1(i)(3), I, Gayle I. Jenkins, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

By: */s/ Gayle I. Jenkins*
       Gayle I. Jenkins

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 18, 2016

*[signature: Elizabeth D. Laporte]*
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

# PROOF OF SERVICE

## United States District Court, Northern District of California

**Case No.** 3:15-cv-05087-JD

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California, San Francisco, CA 94111-5840. On August 17, 2016, I served the foregoing document(s) described as:

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE TO NOVEMBER 17, 2016 AND [PROPOSED] ORDER**

 by electronically transmitting copies of the document listed above via the Court's CM/ECF system to the addressees as set forth below, in accordance with the parties' agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), or Local Rule of Court, or court order. No error messages were received after said transmission.

| | |
|---|---|
| EVANS LAW FIRM, INC.<br>Ingrid M. Evans, Esq.<br>Michael A. Levy, Esq.<br>3053 Fillmore Street, #236<br>San Francisco, CA 94123<br>Tel.: (415) 441-8669; Fax: (888) 891-4906<br>Email: ingrid@evanslaw.com,<br>michael@evanslaw.com | BERGER & MONTAGUE, P.C.<br>Peter R. Kahana, Esq. (pro hac vice)<br>Y. Michael Twersky. Esq. (pro hac vice)<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel.: (215) 875-3000; Fax: (215) 875-4604<br>Email: pkahana@bm.net, mitwersky@bm.net |

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and certify under the penalty of perjury that the foregoing is true and correct. Executed this 17th day of August, 2016, at San Francisco, California.

MAUREEN COURTNEY